IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JAMES KVECH,

      Plaintiff,

vs.                                                         No. CIV 12-0267 JB/KBM

STATE OF NEW MEXICO
DEPARTMENT OF PUBIC SAFETY,
REGINA CHACON, and JOHN DOES 1-10,

      Defendants.

## ORDER

**THIS MATTER** comes before the Court on the Defendant Regina Chacon's Motion for Summary Judgment (Qualified Immunity), filed September 28, 2012 (Doc. 22). The Court held a hearing on May 20, 2013. The Court will grant the motion.

**IT IS ORDERED** that the Defendant Regina Chacon's Motion for Summary Judgment (Qualified Immunity), filed September 28, 2012 (Doc. 22), is granted.[1]

                                                                  _____
                                                                  UNITED STATES DISTRICT JUDGE

*Counsel*:

Paul M. Dominguez
Dominguez Law Firm
Albuquerque, New Mexico

    *Attorney for the Plaintiff*

Michael Dickman
Santa Fe, New Mexico

    *Attorney for the Defendants*

---

[1] This Order disposes of the motion. The Court will, however, at a later date issue a memorandum opinion more fully detailing its rationale for this decision. This Order does not dispose of the case; the final judgment will do so.